**ANTHONY P. CAPOZZI, CSBN: 068525**
**LAW OFFICES OF ANTHONY P. CAPOZZI**
1233 W. SHAW AVE., SUITE 102
FRESNO, CALIFORNIA 93711
PHONE: (559) 221-0200
FAX: (559) 221-7997
EMAIL: Anthony@capozzilawoffices.com
www.capozzilawoffices.com

ATTORNEY FOR Defendant,
CARLOS ARMANDO LUNA

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
* * * * * *

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:12-CR-00310-004-DAD-BAM |
| Plaintiff, | |
| v. | STIPULATION AND [PROPOSED] **ORDER** TO MODIFY CONDITIONS OF RELEASE |
| CARLOS ARMANDO LUNA, | |
| Defendant. | |

**TO:   THE HONORABLE MAGISTRATE JUDGE BARBARA A. MCAULIFFE, AND TO ASSISTANT UNITED STATES ATTORNEY LAUREL J. MONTOYA:**

On September 26, 2012, Defendant, Carlos Armando Luna made his initial appearance before this Court on an indictment filed in the Eastern District of California charging him with conspiracy to manufacture and possess with intent to distribute 1,000 or more marijuana plants. Mr. Luna was released into the custody of a third party, Ms. Sulema Luna, under conditions set by this Court.

The parties agree and stipulate that Mr. Luna's conditions of release should be modified as follows:

1.      Defendant shall refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal

marijuana, prescribed or not, may not be used;

2. Defendant shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. The Defendant shall pay all or part of the costs of the counseling services based upon the ability to pay, as determined by the pretrial services officer;

3. All prior ordered conditions of release remain in full force and effect.

4. United States Pretrial Services Officer Dan Stark has advised defense counsel that he does not object to a modification of Mr. Luna's conditions of release.

**IT IS SO STIPULATED**.

Respectfully submitted,

DATED: December 22, 2015     By: */s/Laurel J. Montoya*
                                  LAUREL J. MONTOYA
                                  Assistant United States Attorney

DATED: December 22, 2015     By: */s/Anthony P. Capozzi*
                                  ANTHONY P. CAPOZZI
                                  Attorney for Defendant CARLOS ARMANDO LUNA

**ORDER**

For reasons set forth above, the Defendant's conditions of pretrial release shall be modified as follows:

**1.      Defendant shall refrain from any use of alcohol or any use of a narcotic drug or other controlled substance without a prescription by a licensed medical practitioner; and shall notify Pretrial Services immediately of any prescribed medication(s). However, medicinal marijuana, prescribed or not, may not be used.**

**2.      Defendant shall participate in a program of medical or psychiatric treatment, including treatment for drug or alcohol dependency, as approved by the pretrial services officer. The Defendant shall pay all or part of the costs of the counseling services based upon the ability to pay, as determined by the pretrial services officer.**

All prior ordered conditions of release remain in full force and effect.

**IT IS SO ORDERED**.

IT IS SO ORDERED.

Dated:   **December 23, 2015**              /s/ *Barbara A. McAuliffe*
                                                                        UNITED STATES MAGISTRATE JUDGE